**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-2251

TERRY REGAN,

       Plaintiff - Appellant,

    v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

       Defendant – Appellee,

    and

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Dever, III, Chief District Judge. (7:12-cv-00136-D)

Submitted: June 26, 2014       Decided: July 22, 2014

Before WYNN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Lee Davis, III, Lumberton, North Carolina, for Appellant. Thomas G. Walker, United States Attorney, R. A. Renfer, Jr., Assistant United States Attorney, Todd J. Lewellen, Special Assistant United States Attorney, Raleigh, North

Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Regan appeals the district court's order adopting the magistrate judge's recommendation to affirm, as supported by substantial evidence, the Social Security Administration Appeals Council's decision to adopt the Administrative Law Judge's denial of Regan's applications for disability benefits. Our review of the Commissioner's disability determination is limited to evaluating whether the findings are supported by substantial evidence and whether the correct law was applied. See Johnson v. Barnhart, 434 F.3d 650, 653 (4th Cir. 2005). "Substantial evidence is such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." Id. (internal quotation marks omitted). We do not reweigh evidence or make credibility determinations in evaluating whether a decision is supported by substantial evidence; "[w]here conflicting evidence allows reasonable minds to differ as to whether a claimant is disabled," we defer to the Commissioner's decision. Id. (internal quotation marks omitted).

Against this framework, we have thoroughly reviewed the parties' briefs, the administrative record, and the materials submitted in the joint appendix, and we discern no reversible error. Accordingly, we affirm the district court's judgment. See Regan v. Colvin, No. 7:12-cv-00136-D (E.D.N.C.

Sept. 17, 2013).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED